AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01075-JPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mary Margaret Bush, in her official capacity as the designated federal officer of the Religious Liberty Commission

was received by me on *(date)* 02/13/2026 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was completed by mailing a copy of the documents listed herein to Mary Margaret Bush, in her official capacity as the designated federal officer of the Religious Liberty Commission, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/13/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8474 47. Service was signed for on 02/19/2026, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/2026

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*The Interfaith Alliance, et al.*
      *Plaintiffs*

*vs.*        Case No.: 1:26-cv-01075-JPC

*Donald Trump, in his official capacity as President of the United States, et al.*
      *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief

SERVE TO: Mary Margaret Bush, in her official capacity as the designated federal officer of the Religious Liberty Commission

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Mary Margaret Bush, in her official capacity as the designated federal officer of the Religious Liberty Commission, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/13/2026 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8474 47. Service was signed for on 02/19/2026, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/25/2026

*[signature]*

Carrie Hollingshed

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: Interfaith Alliance v Trump*
*Job #:15216510*

■ UNITED STATES POSTAL SERVICE

February 19, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 8474 47**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | February 19, 2026, 4:41 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MARY MARGARET BUSH  FEDERAL OFFICER |

**Recipient Signature**

Signature of Recipient:



Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Mary Margaret Bush, Federal Officer
Religious Liberty Commission
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 15216510