**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE INTERFAITH ALLIANCE, et al., | |
| *Plaintiffs*, | |
| v. | **Case No. 26-cv-1075** |
| DONALD TRUMP, et al., | **ORAL ARGUMENT REQUESTED** |
| *Defendants*. | |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, and the declarations attached thereto, Plaintiffs, by and through their counsel Democracy Forward Foundation and Americans United for Separation of Church and State, hereby move this Court for an order granting Plaintiffs' Motion for a Preliminary Injunction under Federal Rule of Civil Procedure 65, enjoining the Defendants from publishing the Religious Liberty Commission's report and ordering the Religious Liberty Commission to make public Commission records and documents, on the grounds that Defendants have not complied with the Federal Advisory Committee Act, 5 U.S.C. § 1001 *et seq*. Plaintiffs request oral argument on this motion.

Dated: April 2, 2026

Respectfully submitted,

*/s/ Anna L. Deffebach*

Anna L. Deffebach+
Ayesha Khan+
Robin Thurston+
Skye L. Perryman+
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
adeffebach@democracyforward.org


Jenny Samuels+
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel: (202) 466-7308
samuels@au.org

*+ Admitted pro hac vice.*