**I**N **T**HE **U**NITED **S**TATES **D**ISTRICT **C**OURT **FOR**
**THE **S**OUTHERN **D**ISTRICT OF **N**EW **Y**ORK**

THE INTERFAITH ALLIANCE, et al.,

       *Plaintiffs*,

v.

DONALD TRUMP, et al.,

       *Defendants*.

**Case No. 26-cv-1075**

**DECLARATION OF PAUL BRANDEIS RAUSHENBUSH**

PAUL BRANDEIS RAUSHENBUSH declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1.     I am the President and Chief Executive Officer of Interfaith Alliance. I have served in that role since 2022.

2.     Interfaith Alliance is a national, nonpartisan organization dedicated to protecting the integrity of both religion and democracy and to ensuring that people of all faiths and none are treated equally under the law. We are committed to defending democracy and preventing authoritarian theocracy. Since 1994, we have  mobilized mainstream religious leaders to respond to the weaponization of religion in America to harm vulnerable communities and distort our politics. Our mission includes building a resilient, inclusive democracy that respects the inherent dignity of all people, affords each person the freedoms of belief and religious practice, and guarantees that all have the opportunity to thrive.

3.      As President of Interfaith Alliance, I have led our 32-year-old institution into a new era, updating our mission and vision to pivot to democracy as our primary lens with the tagline: Achieving Democracy Together. I have led a strategic hiring effort, radically expanded our funding resources, and forged new partnerships offering religion strategy to other major organizations.

4.      Interfaith Alliance believes in democracy, not theocracy, and works to counter the threat of authoritarian theocracy in American politics by advocating for healthy boundaries between religion and government. Interfaith Alliance works with religious leaders and people of faith to promote equal rights for people of all backgrounds, and to ensure that all people have the right to practice their faith free from fear.

5.      Interfaith Alliance actively develops and disseminates to its members, policymakers, local, state, federal and international governmental officials, other non-profit organizations, and interested members of the general public a wide array of materials to advocate for an equitable and just America where the freedoms of belief and religious practice are protected, and where all persons are treated with dignity and have the opportunity to thrive.

6.      Interfaith Alliance, through its educational work, aims to equip political leaders, religious communities, and everyday Americans with the tools and knowledge they need to push back against the erosion of true religious freedom and equality. We seek to mobilize a diverse, nationwide network of advocates, clergy, lay people, activists, and organizations to challenge the rise of Christian nationalism and religious extremism.

7.      To that end, Interfaith Alliance actively monitors threats to religious freedom by federal, state, and local governments across the country in the legislative, judicial, and executive branches of those governments. The national office of Interfaith Alliance partners with a growing network of 30 local and state affiliates across the country to monitor and respond to religious freedom issues in local communities. We educate our diverse religious constituencies through our blog, webinars, public events, and social media channels, which have substantial reach.

8.      We use the information we collect to engage with members of Congress, state legislators, agency staff, and other elected officials and government actors to educate and advocate for our issue priorities: anti-authoritarianism, healthy boundaries between religion and government, LGBTQ freedom, reproductive freedom, countering hate, religious freedom in public schools, and free expression. Members of Congress and their staff have also sought out Interfaith Alliance for our insight and expertise, particularly on issues related to free expression, religion and government, countering hate, and LGBTQ equality. We meet with elected officials, equip our grassroots supporters across the country to contact their own elected officials, and engage in coalition efforts with other advocacy organizations such as the Coalition for Religious Freedom in Public Schools and Faithful Democracy.

9.      In particular, Interfaith Alliance has closely monitored the actions of the Religious Liberty Commission. Interfaith Alliance submitted a written comment to the Commission in advance of the Commission's first meeting, drawing attention to grave threats to religious freedom and asking the Commission to take action to safeguard the rights and dignity of all faith communities.

10. However, it has been very difficult to monitor the Commission's activities without meeting agendas, minutes, transcripts, and other public records that the Commission is required to provide under FACA.

11. As a result of the Commission's lack of transparency, Interfaith Alliance has had to divert resources and staff time to monitor the Commission's activities and educate the public about its work. Interfaith Alliance has had to send representatives to attend hours-long Commission meetings in person and virtually in order to understand what is happening and whether Interfaith Alliance's interests have any chance of being represented in the Commission's work. To my understanding, they do not.

12. Our advocacy and educational work has been harmed by our inability to access agendas, transcripts, and minutes from the Commission's meetings, which will in turn impede our ability to provide meaningful input to the Commission's final report. Interfaith Alliance has little insight into the work of a committee that purportedly seeks to represent the pinnacle of the federal government's engagement with contemporary challenges to religious liberty. Holding multiple hearings at the private and fundamentalist Christian-aligned Museum of the Bible is also inhospitable to an interfaith group – both for non-Christians and Christians who don't share the Museum of the Bible's understanding of Christianity. As a result, Interfaith Alliance has no meaningful opportunity to participate in or comment on a process that will directly affect the core work of the organization.

13. Interfaith Alliance seeks to carry out its mission of promoting religious liberty in the US, a mission that would seemingly be in direct alignment with the work of the commission. Yet Interfaith Alliance's efforts to promote a healthy boundary between

religion and government, to ensure that religion is not used to discriminate against others, and to guarantee to all, including minority religions, the opportunity to practice their faith free from fear, have been compromised by the Religious Liberty Commission's skewed and imbalanced Commission membership and failure to comply with transparency and recordkeeping requirements. In turn, Interfaith Alliance's ability to meaningfully participate and advocate for policies consistent with their interests has been, and will continue to be, compromised by Defendants' noncompliance with FACA.

14.    The Commission's report, and the policy recommendations made by the Commission, all have direct ramifications for our work in advocating for equal rights for all and the separation of church and state. Given the lack of balance on the Commission, its bias towards a "Judeo-Christian" tradition, and advocacy of government-endorsed religion, we have had to monitor the Commission and its activities so that we can attempt to balance and/or rebut any advice or recommendations it provides. This has not been an easy process, especially given the Commission's lack of compliance with FACA, and has required us to expend additional resources.

15.    On December 15, 2025, I requested to be appointed to the Commission so that the Commission would include a viewpoint from the interfaith community, and to represent the perspective of an organization that advocates for religious pluralism of multiple minority religions. Attached as Exhibit A is a copy of my letter requesting appointment to the Commission.

16.    My request was constructively denied when the Commission never responded to my request. Had I been appointed to the Commission, I would have advocated for the interests of diverse religious communities, celebrated religious

pluralism, and sought to provide the perspective of somebody who believes in equal rights for all. I would have also had access to materials prepared for and by the Commission, and I would have been able to participate in the preparation of the Commission's final report.

Date: April 2, 2026

_____

Rev. Paul Raushenbush