# EXHIBIT A



110 Maryland Avenue, NE
Suite 509
Washington, DC 20002

(202) 466-0567
Interfaithalliance.org

December 15, 2025

To President Donald J. Trump and Attorney General Bondi,

Interfaith Alliance is writing to nominate its President, Rev. Paul Brandeis Raushenbush, to serve as a member of the federal Religious Liberties Commission, which President Trump created in Executive Order 14291. There was no advertised process for Commission membership; therefore, Interfaith Alliance is submitting this request through the Commission's publicly available contact information.

The Religious Liberties Commission is tasked with, among other things, "increasing" awareness of and celebrating America's peaceful religious pluralism."  The Commission, as it is currently configured, is not structured to achieve this goal because its composition is skewed towards conservative, predominantly Christian viewpoints. Indeed, no minority faith group, other than Orthodox Judaism, or interfaith group, is represented in the Commission's Membership.

Since 1994, Interfaith Alliance has advocated for an America that respects the freedoms of belief and religious practice for all persons, including those subscribing to minority religions such as Hinduism, Islam, Buddhism, and Sikhism. We maintain a diverse network of clergy from all faiths and religious backgrounds to push back against all manner of threats to religious liberty.

To ensure the Religious Liberties Commission can accomplish its mission, we believe the Commission needs a more balanced membership that includes the voices of minority faith groups and interfaith groups committed to religious pluralism. Interfaith Alliance is uniquely positioned to represent the religious diversity currently lacking in the Commission's membership. Accordingly, we hope that you will agree to appoint Rev. Raushenbush to the Commission immediately.

We look forward to hearing from you, and thank you for your consideration.

Regards,

The Interfaith Alliance Foundation