IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

THE INTERFAITH ALLIANCE, et al.,

      *Plaintiffs*,

v.

DONALD TRUMP, et al.,

      *Defendants*.

**Case No. 26-cv-1075**

## DECLARATION OF ANI ZONNEVELD

ANI ZONNEVELD declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1.      I am the founder and president of Muslims for Progressive Values.

2.      Muslims for Progressive Values is a nonprofit organization that believes that freedom of conscience is integral to the Qur'anic view of humanity, and that secular government is essential to achieving the Islamic ideal of freedom from compulsion in matters of faith.

3.      To accomplish its mission, Muslims for Progressive Values participates in civil discourse, government advocacy, and public educational forums, and engages with the media and government entities on issues such as the freedom to worship, women's rights, LGBTQ rights, and the separation of church and state. Muslims for Progressive Values' advocacy takes place at the grassroots, national, and international levels.

4.      To aid its advocacy and educational efforts, Muslims for Progressive Values also monitors ongoing issues that affect its core mission, particularly those having

to do with the separation of church and state, religious freedom, and other issues affecting vulnerable members of religious communities that impact their religious beliefs and liberty.

5.    In addition, Muslims for Progressive Values keeps its constituents apprised of news and developments in these areas via newsletters and social media postings.

6.    Consistent with its mission, Muslims for Progressive Values has a significant interest in the Commission's activities, including the Commission's work on the role of religion in government and the intersection between religious freedom and anti-discrimination protections. Because the Commission has failed to make public agendas, meeting minutes, and transcripts, it has been very difficult for Muslims for Progressive values to keep its constituents informed of the Commission's activities or to participate and provide meaningful input to the Commission.

7.    As a result of the opacity of the Commission's activities, Muslims for Progressive Values has been forced to spend additional time and effort monitoring and understanding the Commission's composition and work in order to grasp what is at stake and explain to its constituents why a commission on religious liberty does not appear to be prepared to speak to the religious liberty of Muslims.

8.    Muslims for Progressive Values has also been directly injured by the lack of fair balance and representation on the Commission. There are no Muslims or representatives of other minority religions, other than Judaism, on the Commission. This lack of balance makes the Commission ill-suited to address the needs of communities like the ones Muslims for Progressive Values represents.

9.      Discrimination in the name of religion and threats of violence are real and daily threats to the Muslim community. The Federal Bureau of Investigation reports hundreds of incidents of anti-Muslim hate crimes every year.[1] According to polling, more than fifty percent of Americans have a negative opinion of Islam as a religion.[2]

10.      Muslims in the United States face rampant Islamophobia. American media and politics are rife with baseless claims about the "threat" of "Islamization" and unfounded conspiracy theories about Muslims "taking over" American society with "Sharia law."

11.      But despite the fact that Muslims for Progressive Values has a vested interest in the Commission's work on religious liberty and how it might work to address rampant promotion of hate toward American Muslims, the imbalanced membership of the Commission makes it very unlikely that the Commission will meaningfully address these serious problems affecting our communities.

12.      In fact, members of the Commission have themselves expressed very hostile viewpoints towards Islam and Muslim Americans. One Commission member even called Islam "a very evil and wicked religion."[3] These are the people tasked with

---

[1] Rebecca Melnitsky, *Islamophobia Surges in the U.S. Due to Global and National Tensions*, N.Y. State Bar Ass'n J. (Dec. 12, 2023), https://nysba.org/islamophobia-surges-in-the-u-s-due-to-global-and-national-tensions/?srsltid=AfmBOookkoSQDTPOHceVKatKwwwGCVV1iSyyePOLcrpza5JADwULd1tm

[2] Mariam Fam et al., *Two decades after /911, Muslim Americans still fighting bias*, Associated Press (Sept. 7, 2021) https://apnews.com/article/september-11-muslim-americans-93f97dd9219c25371428f4268a2b33b4

[3] *Evangelist's views on Islam draw critics in Winnipeg*, CBC News (Oct. 22, 2006, 12:28 EDT), https://web.archive.org/web/20151019214710/http://www.cbc.ca/news/canada/evangelist-s-views-on-islam-draw-critics-in-winnipeg-1.589396.

publishing a report that purports to combat religious discrimination and attacks on houses of worship.

13.    Given the biases of the Commission members, the Commission's lack of transparency, and its sudden decision to rush its final report to publication without giving groups like Muslims for Progressive Values a meaningful opportunity to provide input, it is likely that the Commission's final report will harm our organizational interests.


Date:

Ani Zonneveld



/s/