IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

THE INTERFAITH ALLIANCE, et al.,

Plaintiffs,

v.

DONALD TRUMP, et al.,

Defendants.

Case No. 26-cv-1075

## DECLARATION OF RIA CHAKRABARTY

RIA CHAKRABARTY declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1.      I am the Senior Policy Director at Hindus for Human Rights.

2.      Hindus for Human Rights is a nonprofit organization that advocates for pluralism and civil and human rights rooted in the values of Hinduism. To accomplish its mission, Hindus for Human Rights provides testimony and comments for governmental bodies and works with a broad coalition of partners to educate elected officials and the public about civil and human rights issues.

3.      As part of its advocacy and education efforts, Hindus for Human Rights seeks out information about human rights issues and shares fact-based information on our platforms, including through social media posts, newsletters, and press releases.

4.      Hindus for Human Rights has a significant interest in the Religious Liberty Commission's activities, including the Commission's work on religious discrimination, religious pluralism, and the role of religion in government.

5.      Because the Commission has failed to make agendas, meeting minutes, and transcripts available to the public, it has been very difficult for Hindus for Human Rights to keep its constituents informed of the Commission's activities and to participate in and provide meaningful input to the Commission. The lack of transparency has made it difficult to understand what information the Commission is receiving, what it is considering, and what influence holds sway over what will be produced in the Commission's report. As a result, Hindus for Human Rights has had to expend additional effort and time seeking information about the Commission's activities from coalition partners and news reports, and has been stymied in its efforts to contribute or provide meaningful comments on the Commission's work.

6.      Hindus for Human Rights has also been directly injured by the lack of fair balance and representation on the Commission. No one on the Commission represents the particular interests of Hindus pertaining to religious liberty in the United States. No one on the Commission advocates for religious pluralism and against caste-based discrimination; two core values of our organization.

7.      There are no Hindus or representatives of other minority religions, other than Judaism, on the Commission. No member of the Commission advocates against bigotry, racism, and caste-based discrimination.

8.      This lack of balance makes the Commission ill-suited to address the needs of communities like the ones Hindus for Human Rights represents. And it makes the commission's final report and policy recommendations unlikely to further the cause of equal rights and religious liberty for all, not just for some. Religious favoritism by the government is a core concern of Hindus for Human Rights and its constituents. It is not

an abstract issue for us—it shapes whether communities are treated as fully American, fully protected, and fully equal under the law.

9.      Given the biases of the Commission members, the Commission's lack of transparency, and its sudden decision to rush its final report to publication without giving groups like Hindus for Human Rights a meaningful opportunity to provide input, it is likely that the publication of the Commission's final report will harm our organization's ability to serve our constituents and advocate for our values.

Date:

Ria Chakrabarty

/s/ _____