**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERFAITH ALLIANCE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>*Defendants*. | **Case No. 26-cv-1075** |

**DECLARATION OF KIRAN KAUR GILL**

KIRAN KAUR GILL declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746(b):

1.    I am the Executive Director of the Sikh American Legal Defense and Education Fund ("SALDEF").

2.    SALDEF is the nation's oldest Sikh organization focused on building leadership and capacity in the Sikh American community. It has worked to counter religious discrimination since its founding.

3.    SALDEF's mission is to empower Sikh Americans by building dialogue, deepening understanding, promoting civic and political participation, and upholding social justice and religious freedom for all Americans. SALDEF strives to achieve a United States where Sikh Americans are respected and recognized as a vibrant and integral part of the fabric of the nation, and are not discriminated against for their beliefs.

4.    SALDEF provides legal referral services for issues including workplace and housing discrimination, protecting Sikh articles of faith, and public accommodation. It is also a

leader in the effort to formulate and support legislation directly benefiting the Sikh American community.

5. SALDEF conducts cultural awareness training for government, law enforcement agencies, and private businesses. It also creates and distributes educational resources to inform media, schools, and government agencies about Sikhs.

6. SALDEF engages in education and advocacy, in particularly, education of elected and public officials related to the Sikh American community through letters, statements and in-person meetings.

7. Consistent with this long track record of advocating for religious freedom and freedom from discrimination, SALDEF has a significant interest in the Religious Liberty Commission's activities.

8. SALDEF publishes a newsletter and uses social media to inform its community members of the latest developments on matters pertaining to religious liberty and religious discrimination and violence, such as the activities of the Religious Liberty Commission.

9. Because the Commission has not complied with FACA's records and transparency requirements, it has been difficult to inform our community members of the Commission's activities either in advance of the Commission's meetings or after the fact. Without detailed agendas, our community members cannot properly prepare comments or otherwise participate in the Commission's activities. And without detailed meeting minutes or transcripts, it is difficult for us to inform our community members of the Commission's latest developments.

10.     The failure of the Commission to comply with FACA's records and transparency requirements have made it extremely difficult for SALDEF to provide input into the Commission's final report.

11.     SALDEF regularly submits comments or otherwise provides input for government reports or policy proposals, but the Religious Liberty Commission's failure to operate transparently and the rushed publication of its final report have impeded SALDEF's ability to provide any meaningful input to the Commission on important issues affecting the Sikh American community.

12.     SALDEF has a significant interest in the Commission's work to eradicate religious discrimination and celebrate religious pluralism, and in its work toward creating an America where people of all faiths can practice their religion free from discrimination.

13.     The lack of balance on the Commission harms SALDEF and our work because we advocate for social justice and religious freedom for all Americans and work to combat discrimination and respond to misrepresentations about the Sikh faith and Sikhs. Specifically, we are engaged on the issues of workplace and housing discrimination, protecting Sikh articles of faith, and public accommodation. These are all issues central to the Commission's purported mission of combating religious discrimination and promoting peaceful religious pluralism. The lack of balanced views on the Commission means it is more likely that the Commission will ignore these issues that impact the Sikh American community.

14.     SALDEF works on numerous issues affecting the Sikh Americans, including to combat and spread awareness of the persistent discrimination and violence faced by our community members. The Sikh American community has experienced significant religious discrimination, particularly when it comes to being able to wear our articles of faith. Sikh

Americans also suffer one of the highest rates of hate crimes across religious groups in the country. No one on the Commission has experience with these particular issues, and the Commission's final report is therefore unlikely to meaningfully address them.

15.    If the Commission were operated transparently and in compliance with FACA, SALDEF would be better able to monitor its activities, attend its meetings, participate in those meetings to advance its interests to the extent possible, and educate its stakeholders on the Commission's work. This work is crucial for our community, which suffers from religious discrimination and violence. The work of the Religious Liberty Commission, and its final report, is expected to impact the religious freedom of our community.

16.    I previously served as the Chair of the Department of Homeland Security's Faith Based Security Advisory Counsel ("FBSAC") from 2022-2024. I understand how important public input is in Federal Advisory Committees and how important it is to ensure that they operate transparently and in a balanced manner.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: April 2, 2026

Kiran Kaur Gill