## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

THE INTERFAITH ALLIANCE, et al.,

*Plaintiffs*,

v.

DONALD TRUMP, et al.,

*Defendants*.

**Case No. 26-cv-1075**

### [PROPOSED] ORDER

Upon Consideration of Plaintiffs' Motion for a Preliminary Injunction, and the

Memorandum of Law and declarations attached thereto, it is hereby ORDERED that Plaintiffs'

Motion for a Preliminary Injunction is GRANTED.

Defendants are hereby ORDERED to release the records, reports, transcripts, minutes,

appendixes, working papers, drafts, studies, agenda, or other documents which were made

available to or prepared for or by the Religious Liberty Commission. Defendants are hereby

ENJOINED from publishing the report of the Religious Liberty Commission.


Dated: _____                              _____
      New York, New York                              John P. Cronan
                                            United States District Judge