UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                              :

THE INTERFAITH ALLIANCE, *et al.*,         :

                      Plaintiffs,       :

            -v-                  :       26 Civ. 1075 (JPC)

                                              :

DONALD TRUMP, *et al.*,             :       ORDER

                                            :

                     Defendants.     :

----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiffs' motion for a preliminary injunction.  *See* Dkt. 39. Defendants must respond to the motion by April 14, 2026, and Plaintiffs may submit a reply by April 17, 2026.  Counsel for all parties must appear before the undersigned for a hearing on Plaintiffs' motion on April 27, 2026, at 4:00 p.m.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: April 2, 2026
      New York, New York                                   JOHN P. CRONAN
                                                   United States District Judge