**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE INTERFAITH ALLIANCE, *et al.*,

                  Plaintiffs,

        v.

DONALD TRUMP, in his official capacity as
President of the United States*, et al.*,

                  Defendants.

26 Civ. 1075 (JPC)

## DECLARATION OF MARY MARGARET BUSH

       I, Mary Margaret Bush, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

       1.     I am currently employed by the U.S. Department of Justice ("DOJ").  On June 11, 2025, I was sworn in as Director and Designated Federal Officer ("DFO") of the Religious Liberty Commission ("RLC"), which was established by President Donald Trump by Executive Order on May 1, 2025, *see* E.O. 14291, and I have continued in that role through the present. My duties and responsibilities as Director and DFO include convening and attending all RLC meetings, maintaining information and records on the RLC's activities and providing such information to the public, as applicable, and generally ensuring compliance with applicable laws and regulations.  In addition, I maintain public-facing websites for the RLC which includes links to the RLC charter, meeting materials (such as meeting minutes, agendas, transcripts, and videos), Federal Register notices, and written comments submitted to the RLC by members of the public.  *See* GEN. SERV. ADMIN., *Religious Liberty Commission*, https://www.facadatabase.gov/FACA/s/FACACommittee/a10SJ0000054xkzYAA/com046361; U.S. DEP'T OF JUSTICE, *Religious Liberty Commission: Commissioners and Advisory Board*

*Members*, https://www.justice.gov/religious-liberty-commission/commissioners-and-advisory-board-members#director; https://www.justice.gov/religious-liberty-commission/resources.

2.     The RLC's mandate, as set forth in Executive Order 14291, is to "produce a comprehensive report on the foundations of religious liberty in America, the impact of religious liberty on American society, current threats to domestic religious liberty, strategies to preserve and enhance religious liberty protections for future generations, and programs to increase awareness of and celebrate America's peaceful religious pluralism." E.O. 14291 § 2(b)(iii).

3.     On February 10, 2026, the plaintiffs in this action filed a complaint naming me as a defendant in my official capacity as the DFO of the RLC. *See* ECF No. 4.

4.     I base this declaration on my personal knowledge gained in the course of my employment and information contained in the RLC's files.

5.     The RLC's Commissioners are the following: Texas Lieutenant Governor Dan Patrick, Dr. Ben Carson, Ryan T. Anderson, Bishop Robert Barron, Cardinal Timothy Dolan, Pastor Franklin Graham, Allyson Ho, Dr. Phil McGraw, Eric Metaxas, Kelly Shackelford, Rabbi Meir Soloveichik, and Pastor Paula White. The RLC's Commissioners also include ex-officio members: the Attorney General, the Secretary of Housing and Urban Development, and the Assistant to the President for Domestic Policy. These Commissioners have been on the RLC since its inception in May 2025.

6.     To date, the RLC has held seven public hearings. The first RLC meeting was held on June 16, 2025, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024. An announcement for this meeting was published in the Federal Register on May 28, 2025, *see* 90 Fed. Reg. 22514. The June 16, 2025, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at

www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting, as well as photographs of this meeting, are publicly available at the same website.

7.      The second RLC meeting was held on September 8, 2025, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement for this meeting was published in the Federal Register on July 30, 2025, *see* 90 Fed. Reg. 35934.  The September 8, 2025, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting, as well as photographs of this meeting, are publicly available at the same website.

8.      The third RLC meeting was held on September 29, 2025, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement for this meeting was published in the Federal Register on August 22, 2025, *see* 90

3

Fed. Reg. 41124.  The September 29, 2025, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting is publicly available at the same website.

9.      The fourth RLC meeting was held on December 10, 2025, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement for this meeting was published in the Federal Register on November 24, 2025, *see* 90 Fed. Reg. 53000.  The December 10, 2025, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting is publicly available at the same website.

10.      The fifth RLC meeting was held on February 9, 2026, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement

for this meeting was published in the Federal Register on January 8, 2026, *see* 91 Fed. Reg. 725. The February 9, 2026, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting is publicly available at the same website.

11.    The sixth RLC meeting was held on March 16, 2026, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement for this meeting was published in the Federal Register on January 8, 2026, *see* 91 Fed. Reg. 725. The March 16, 2026, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting is publicly available at the same website.

12.    The seventh RLC meeting was held on April 13, 2026, at the World Stage Theater, Museum of the Bible, located at 400 4th Street SW, Washington, D.C. 20024.  An announcement for this meeting was published in the Federal Register on March 31, 2026, *see* 91

Fed. Reg. 16016.  The April 13, 2026, meeting was open to the public for in-person attendance, and was also videorecorded and livestreamed at www.justice.gov/live.  Members of the public were also invited to submit written comments in advance of the meeting by email to RLC@usdoj.gov or by mail to U.S. Department of Justice, Office of the Associate Attorney General, 950 Pennsylvania Avenue NW, Room 5706, Washington, D.C. 20530.  Copies of the meeting minutes, agendas, transcripts, witness testimonies, and public written comments provided to the Commissioners are publicly available at https://www.justice.gov/religious-liberty-commission/resources.  In addition, a video recording of this meeting is publicly available at the same website.

13.    As of April 28, 2026, all (i) notices of RLC meetings; (ii) videos and transcripts of RLC meetings; (iii) minutes of RLC meetings; (iv) written comments submitted by the public prior to RLC hearings and provided to the Commissioners; and (v) materials or packets submitted by the public prior to RLC hearings and provided to the Commissioners have all been published through the RLC's website or were previously published in the Federal Register. These materials are available at https://www.justice.gov/religious-liberty-commission/resources.

14.    The RLC has not withheld or failed to publish any materials on the basis of any privilege or exemption.  The RLC redacted certain personally identifying information and security-related information from the hearing run of show documents and written comments submitted by members of the public.

15.    The RLC intends to post a draft of its report to to the DOJ website in the coming weeks.  The draft will be open to public comment for fifteen days.  After the public comment period closes, the Commissioners meet virtually to discuss the draft report.  The virtual meeting(s) will be open to the public and registration information will be posted to the DOJ

website.

16.    As set forth in Executive Order 14291, the RLC will present the report to President Trump. E.O. 14291 § 2(b)(iii).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Washington, D.C.
        April 28, 2026

_____
Mary Margaret Bush
RLC Designated Federal Officer