**DEMOCRACY FORWARD▶**

**AMERICANS UNITED**
FOR SEPARATION
OF CHURCH AND STATE

May 20, 2026

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street, New York, NY 10007

      RE: <u>The Interfaith Alliance, et al. v. Trump, et al.</u>, 26-cv-1075 (JPC)

Dear Judge Cronan:

      Undersigned counsel represent the Plaintiffs the Interfaith Alliance, Reverend Paul Brandeis Raushenbush, Muslims for Progressive Values, Sikh American Legal Defense and Education Fund, and Hindus for Human Rights (together, "Plaintiffs"), in the above-referenced action, bringing claims against Defendants President Donald Trump in his official capacity, Acting Attorney General Todd Blanche in his official capacity, the Department of Justice, the Religious Liberty Commission (the "Commission"), and Mary Margaret Bush in her official capacity as the Designated Federal Officer of the Commission, for violations of the Federal Advisory Committee Act ("FACA"), 5 U.S.C. § 1001 *et seq.*, in connection with the Commission.

      The parties are in receipt of the Court's May 20, 2026 Order setting oral argument for June 4, 2026 at 2:30pm in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse. Counsel for Plaintiffs are unavailable for an in-person argument on June 4. However, counsel for Plaintiffs would be available for an oral argument conducted by Zoom or other videoconferencing platform at that date and time. Counsel for Defendants have indicated that they consent to a Zoom proceeding. Counsel for Defendants have asked Counsel for Plaintiffs to convey that the government remains available to appear in person on June 4 should the court wish to conduct hybrid proceedings. Undersigned counsel would request that the Court not conduct a proceeding where all parties except counsel for Plaintiffs are present in person.

      Should the Court prefer to conduct oral argument in-person, counsel for Plaintiffs have discussed with counsel for Defendants and propose June 11, 2026 as an alternative date for an in-person argument.

The Court will hold the hearing on June 4, 2026 remotely. At 2:30 p.m., counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

Respectfully,

SO ORDERED
May 21, 2026

JOHN P. CRONAN
United States District Judge

*/s/ Anna L. Deffebach*
Anna L. Deffebach+
Ayesha Khan+
Robin Thurston+
Skye L. Perryman+
Democracy Forward Foundation
P.O. Box 34553

Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
adeffebach@democracyforward.org
akahn@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org


Jenny Samuels+
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel: (202) 466-7308
samuels@au.org

+ Admitted *pro hac vice*.