



June 30, 2026

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street New York, NY 10007

  RE: <u>The Interfaith Alliance, et al. v. Trump, et al.</u>, 26-cv-1075 (JPC)

Dear Judge Cronan:

 Plaintiffs write to inform the Court of a development that lends further support to the pressing need for prompt issuance of a preliminary injunction in this case. *See* Pls.' Mem. of Law in Supp. of Mot. for Prelim. Inj., Dkt. No. 40.

 On Friday, June 26, 2026, the Religious Liberty Commission posted a draft of its final report on its website,[1] and opened a fifteen-day public comment period that closes on July 12, 2026, after which "[t]he Commission will hold a virtual public meeting to review comments reviewed [sic], discuss the draft, and finalize the report."[2] The Commission's final report is thus likely to issue in short order unless this Court intervenes.

 Two aspects of the draft report bolster Plaintiffs' request for preliminary relief:

 <u>First</u>, the draft overwhelmingly draws on testimony and discussions that occurred during the Commission's hearings. This demonstrates that the Commission's failure to disclose materials in a timely manner, which frustrated Plaintiffs' ability to meaningfully participate in Commission hearings, plainly impacted the draft report's contents and was injurious to Plaintiffs.

 <u>Second</u>, the draft demonstrates in several ways how the imbalance of the Commission's membership skewed the Commission's work and omitted the perspectives of those who stand to be directly affected:

---

[1] *Draft Report of the Presidential Religious Liberty Commission* (2026), https://www.justice.gov/religious-liberty-commission/media/1449896/dl?inline [https://perma.cc/BF6F-X7R7].

[2] *Religious Liberty Commission Resources: Reports, Hearings and Related Materials*, Dep't of Just., https://www.justice.gov/religious-liberty-commission/resources [https://perma.cc/D9LN-8X33] (last visited June 30, 2026).

- The draft asserts that there is no historical support for the concept of church-state separation and that such separation harms religious freedom, without acknowledging how church-state separation protects religious freedom in a pluralistic democracy.[3]
- The draft calls for litigation to support the posting of Ten Commandments posters in public-school classrooms, but fails to mention how such displays harm the religious freedom of students and families who do not share the same beliefs.[4]
- The draft supports expanding conscience protections for healthcare workers to refuse to provide services when they have a religious objection, but does not address the threat to religious freedom that could result, including the possibility that such religious refusals could be invoked to refuse care because of the patient's religion.[5]
- The draft calls for expanded exemptions for faith-based groups and employers from most civil rights laws, without any concern for the rights of those harmed by such exemptions.[6]
- Finally, the draft makes passing references to protecting the rights of minority religious groups, but these passages are vastly overshadowed by the emphasis on the experiences of Christian and Jewish individuals and stand in tension with the narrow viewpoints the draft espouses.

In sum, the draft reflects the imbalanced perspective of its Commission members: that the state should do more to expressly promote particular religious views, especially "Judeo-Christian" views, in the public sphere, with no mention, let alone consideration, of competing perspectives, such as those represented by Plaintiffs.

Plaintiffs would suffer irreparable harm if the Commission were permitted to double down on these improprieties by publishing a final report, and therefore respectfully ask this Court to grant Plaintiffs' request for preliminary relief on or before July 12, 2026.

Respectfully,

/s/ Jenny Samuels
Jenny Samuels+
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel: (202) 466-7308
samuels@au.org

Anna L. Deffebach+
Ayesha Khan+
Robin Thurston+
Skye L. Perryman+
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
adeffebach@democracyforward.org

*+ Admitted pro hac vice*

---

[3] *See Draft Report* 41–42.
[4] *Id.* at 80.
[5] *Id.* at 140–41.
[6] *Id.* at 63–64.