UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INTERFAITH ALLIANCE, ET AL.,

Plaintiffs,

-against-

DONALD TRUMP, ET AL.,

Defendants.

26 CIVIL 01075 (JPC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 27, 2026, Plaintiffs' Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
July 29, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**